IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

United States of America     *

    v.     *     Criminal Case No.:  SAG-20-0065

Jesse Mears     *

******

## ORDER

In light of the post-trial matters to be resolved in this case, the Sentencing Order, ECF 105, is HEREBY VACATED, and will be reissued, if appropriate, after all motions are decided.

SO ORDERED this 23rd day of April, 2021.

/s/
Stephanie A. Gallagher
United States District Judge